# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Randall Benjamin Otey

Inmate Identification Number: 232617

Registered/Sex Offenders Et AL

_____

(Enter above the full name of the plaintiff
in this action)

> FILED
>
> NOTICE TO FILING PARTY 16 A 11: 15
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

The State of Alabama, Et AL

United States Federal Government

Et AL

_____

CV-16-P-1540-S

(Enter above full name(s) of the defendant(s)
in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the
        same facts involved in this action or otherwise relating to your imprisonment?
        Yes (   )        No ( ✓ )

   B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more
        than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the
        same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff: _____

             _____

             Defendant(s): _____

             _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

_____

7. Approximate date of disposition _____

II. Place of present confinement _____

A. Is there a prisoner grievance procedure in this institution?
Yes ( ⊘ )    No ( ✓ )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ( ⊘ )    No ( ✓ )

C. If your answer is YES:

1. What steps did you take? My Complaints Are mostly Civil Rights 8th Amend Complaints And Can't be dealt with IN PRISON Procedure

2. What was the result? It deals with State Law Violations, Race, Sentencing, Sex Discrimination, Due Process Laws Doing ~~~~~ Court Issues Serious Issues Constitutional Violations, HumanRights Federal Violation Incurred Years Between Prison and On Going Civil Rights Violations Against this Plaintiff 42 USC 1983, 81, -82 And Equal Rights Amendments (Womens) Ask that be All Complaints Applied to Applicable Rules To Federal Procedure (Civil) 1 thru 6B

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Randall. Otey + Registered/Sex Offenders ~~Corrections Facility~~

Address _____

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant State of Alabama

Is employed as _____

at Montgomery

C. Additional Defendants U.S. Federal Government

Not Sure

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Statutes ~~~~ only Added because They Are The Issues in this Instance my Apologys ~~The~~ They Are Cited because it is About Promotion Prostitution 13A-12-111 and 112 In the Section 15-20-A-007 Sex Crimes Alabama Being included But Not Enforced upon women

4

All Rules to Federal Civil Procedure 1 thru 6 B

p 1

# Complaint

(1) the State of Alabama And The ~~Federal Government~~ Federal Government Violate the 8th & 9th Amendments Right And the Civil Rights And Human Rights of the Plaintiffs Randall B. Otey And All Registered Sex offenders A Group of People By Including but the None enforcement of the Law, Sex offenders Pretainting too 13A-12-111 And 112 Specifically Promation of Prostitution 1st And 2nd Degree.

(2) These Offenses of Statue 15-20-A-007 Are Sex Crimes Not Enforced there were IN 2014 And 15 70% of the women Arrested IN the State of Alabama were Prostitutes And None were Registered NOR did they Have to Register. Out of men Arrested 20% were Arrested IN Prostitution Related Crimes 20% of All males were, Had to Register

(3) The Male Offenders Are Singled Out by Federal Government And the State of Alabama. The Female Prostitute [A Whore To Offer One Self OR Another For Sexual Hire] Alabama Law Requires All Sex offenders to Register Prostitutes Are Not Registered IN Alabama

(4) This A Violation of My Civil Rights (Discrimination) And my Constitutional Right (Discrimination And Favortism Of A Law toward women Cruel And Unusual Punishment. U.S Marshals Do Not hunt these women Down!

(5) Thousands of these Prostitutes Are Not Pimped Out But A male Caught with is Charged And Required to Register Prostitutes Are female Sex Offenders According to 15-20-A-007 1975 And they Are Not Forced to Register

(6) A Constitutional And Civil Rights violation has been Committed by State And Federal Government Putting Laws IN Place that Are designed to take Vengeance on the Male Sex Offenders Alabama Require All misdemeanor Offenses to Register the Male this is Unequal Unjust And A Blatant Violation of the Males Rights

p 1a

(6) By State And Police, District Attorneys, Legislature, Government to Allow this **Discrimination of Sex** ~~Against Females~~ **TO CONTINUE**. And it should be Known by the People, You wrote the **LAW AND VIOLATE IT**

(7) You do Not Register the Female Prostitute for Promotion of Prostitution You Give the Female Prostitute the Green Light to Violate the Sex Offender Laws As Many times As She CAN This must be Rectified You **discriminate** Against me. Women won thier Right to be Treated Equal, that Amendment has been Violated Also Law Requires That You do SO.

8 ~~the Alabama~~ I Now Contend that the Alabama Law Language State In Shoet That Persons Except A **deliquent Child**. in Alabama, **A convicted Prostitute** Should Allready be Registered Exibit 1 p.1B

p 1 b

Exibit 1

says and to engage in judicial construction only if the language in the statute is ambiguous." Ex parte Pratt, 815 So. 2d 532, 535 (Ala. 2001). "[O]nly if there is no rational way to interpret the words stated will we look beyond those words to determine legislative intent." DeKalb County LP Gas Co. v. Suburban Gas, Inc., 729 So. 2d 270, 276 (Ala. 1998).

Section 13A-11-200, Ala. Code 1975, provides, in part:

"(b) If any person, except a delinquent child, as defined in Section 12-15-1, residing in Alabama, has heretofore been convicted, or shall be convicted in any state or municipal court in Alabama, or federal court, or so convicted in another state in any court having jurisdiction similar to the jurisdiction of state and municipal courts in Alabama for any of the offenses hereinafter enumerated, such person shall, upon his or her release {115 So. 3d 197} from legal custody, register with the sheriff of the county of his or her legal residence within seven days following such release or within 30 days after September 7, 1967, in case such person was released prior to such date. For purposes of this article, a conviction includes a plea of nolo contendere, regardless of whether adjudication was withheld. The offenses above referred to are generally any act of sexual perversion involving a member of the same or the opposite sex, or any sexual abuse of any member of the same or the opposite sex or any attempt to commit any of these acts, and without limiting the generality of the above statement shall include specifically: Rape, as proscribed by Sections 13A-6-61 and 13A-6-62; sodomy, as proscribed by Sections 13A-6-63 and 13A-6-64; sexual misconduct, as proscribed by Section 13A-6-65; indecent exposure, as proscribed by Section 13A-6-68; promoting **prostitution** in the first or second degree, as proscribed by Sections 13A-12-111 and 13A-12-112; obscenity, as proscribed by Section 13A-12-131; incest, as proscribed by Section 13A-13-3; or the attempt to commit any of the above offenses."

A plain reading of § 13A-11-200, Ala. Code 1975, establishes that the statute consists of three parts. First, the statute contains a jurisdictional portion, which sets out the jurisdictions in which convictions for qualifying offenses require registration as follows:

"If any person ... residing in Alabama, has heretofore been convicted, or shall be convicted in any state or municipal court in Alabama, or federal court, or so convicted in another state in any court having jurisdiction similar to the jurisdiction of state and municipal courts in Alabama ...."§ 13A-11-200(b), Ala. Code 1975. Second, the statute explains the time frame in which an offender is required to register. § 13A-11-200(b), Ala. Code 1975 ("[s]uch person shall, upon his or her release from legal custody, register with the sheriff of the county of his or her legal residence within seven days following such release or within 30 days after September 7, 1967, in case such person was released prior to such date "). Finally, the statute defines the terms "conviction" and "offenses" as follows:

"For purposes of this article, a conviction includes a plea of nolo contendere, regardless of whether adjudication was withheld. The offenses above referred to are generally any act of sexual perversion involving a member of the same or the opposite sex, or any sexual abuse of any member of the same or the opposite sex or any attempt to commit any of these acts, and without limiting the generality of the above statement shall include specifically: Rape, as proscribed by Sections 13A-6-61 and 13A-6-62; sodomy, as proscribed by Sections 13A-6-63 and 13A-6-64; sexual misconduct, as proscribed by Section 13A-6-65; indecent exposure, as proscribed by Section 13A-6-68; promoting **prostitution** in the first or second degree, as proscribed by Sections 13A-12-111 and 13A-12-112; obscenity, as proscribed by Section 13A-12-131; incest, as proscribed by Section 13A-13-3; or the attempt to commit any of the above offenses."§ 13A-11-200(b), Ala. Code 1975.

1alcases 6

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Courtesy Ala, Criminal Court of Appeals
115 So. 3d; 2012 Ala Crim. App. Lexis 112
See 10 USCS (1998) Amend 10 USCS § 920 (2007)

p. 2

(1) 20-A-15-007, 1975 Statue Instituted has Now become A Violation of Rights Constitutional, Civil, Liberty And Right to Due Process of Law

(2) Any Sex Offenders Sentenced Under that Law was Given A Plea deal Based on their Plea of Guilt would Not have to Register I Contend that All Sex offenders that I have Interviewed Said that is why they Pleaded Guilty. That Right was Coerced Away from them by deception By those defendants Entering A Plea of Guilty Believing the State was Fair and True About them Not having too Register

(3) Served there time OR Satisfied the State As Ordered by The Court had there Cases Legally Ended (1) MARRICK GARNER 1983) ② Jeffery Ratliff 1993 ③ Jerry Payne Misdemeanor 1978 And Thousands More

(4) These Convictions Should be Overturned the State Violated the Plea Agreement deals made between the State and the defendant and Are Signed by A Judge

(5) That is Breach of Trust or Contract by the State of Alabama. It has Acted with Malice, lied to And Decieved Thousands of Defendants Plea Agreements.

(6) By Creating [SORNA] An Unconstitutional Act to Punish Former Defendants And Offenders Crimes that has Already, LEGally paid his debt to the State As was Agreed And Ordered by the Courts These defendants did their Part of the deal And it Can't be taken From them by this Act

(7) That Act Takes Away that persons Plea Agreement, Right to due Process of Law And The Constitutional Right to be Free From Cruel and Unusual Punishment Mental and Physical

(8) And it Is Supposed to be Against the Constitution For Every Citizen Those People Must have thier Right to Change there Plea Must be Given the Right to Show the Court that 10, 15, 20, 30, 40, 50,+ years of No Repeat Sex Crime why they Should NOT have to Register the must have that Right to Face there Accusser this is Not Equal or is it Legal And it is dehabilitating Gays, TransGenders, Murderers, Muslims, Devil Worshipers, Religous Fanatics, Illegal Alliens And the <u>Female Prostitutes</u> All Have thier Rights And liberties Protected And the United States Government Must do for the Registered Sex Offender that has been denied that Right As Set forth throughout this Complaint States Can't Use Law's that force People to live In the Woods that Space was Reserved for Animals by God we Are human Citizens

(9) In 2002 I was told by Investigator Johnson of the Madison County Sheerrs dept. that I would Not have to Register if I pleaded Guilty. This is A Travesty And Treason Against Humans with feelings Capable Of Remorse If the Person is Guilty (coping a Plea to get out of Jail)

(10) We Are Familys living Rehabilitated Lives That the State And Government Destroy like Nazi Germany by Constitutional Law you must do the Right thing Female Prostitution is A Sex Offender Epidemic Promoted by women the State of Alabama And the U.S. Government Allow these Sex Offenders Women to walk up And Down City Streets Promoting Sex For Sale Around Schools And Every Place Imaginable

(11) This Is Not Equal Justice This Is A Man Hunt

p. 2B

(12) 70% of the Women Arrested In Alabama 2014-15 Are Sex Offenders That the State Will Not Register because It Chooses to discriminate Against MEN, this Is What Has happened. This State Is Composed of Women Prostitution The **Recidivism** of Just Having <u>1 women's Prison</u> In Alabama

(13) The Fact that the State of Alabama And Federal Government target Men Is An InJustice to the Compulsory to the Constitution And Registered Men Sex offenders The Only Conclusion is You Guilty And Relief Should Be Granted

(1) the United States Government And the State Of Alabama Violate the Rights of the people that Are Registered Sex Offenders by Labeling the Sex Offender As Not being Abel to ["BE Rehabilitated"] Specifically the MAN

(2) They have No Scientific evidence Factual Evidence on Anything to prove that the Sex Offender Can't be Rehabilitated State And Government have No Proof that the Sex offender Can't be more or Less Rehabilitated Than Any Other Criminal the Murderer, Drugdealer, Bugular, Thief, Prostitute that is discriminating And Condemning A Group of People Any One Can be Rehabilitated with Adequate Constitutional Help And their Liberties And Civil Rights Protected As well As the basic Human Rights You Violate

(3) the Sex Offender is Forced into basically double Jeopardy (when Argued) by the Federal Government And State of Alabama Establishing the harsh Law And Life of Probation Sentence Called (SORNA) which Are 'C' Felonys In this State

(4) that Law Is by design enforced to DeGrade Dehumanize And Dehabilitate And Keep the Registered Offender TRApped In the Revolving door of the Alabama Justice "Farris Wheel" System this harsh Punishment of the Violations, Are In Most Cases harsher than some Class 'A' sentences of Sex Crimes (Namely Rape) And A Life time of Probation is the Most Unconstitutional Law other than "hangin" this State has ever Created And violate this U.S. Constitution And Laws of A Person Liberty and Privacy The Registered Sex Offender is A Constant Fugitive Always Looking Over his Shoulder This is Mental Abuse, Unconstitutional believe me

(5) A Law Envoked without even A Statue of Limitations unlike murder Goes back 50+ years if the Offender is Alive destroying that Man's family, Job, home, Life his Reasoning for Rehabilitating. Forcing that <u>Rehabilitated</u> offender out of his <u>Rehabilitated Lifestyle</u> <u>Evidence That the Sex Offender Can Be Rehabilitated</u>. that offender has Paid his debt to the State And Society And the Government Taxes Now has to Pay $40 A year to be Put on Probation for Life (You don't even Give A fair Trial)

(6) This is An Unconstitutional Law No Matter of Public Safety. No Crime Has been Committed Since (A Sex Crime) Unlike the <u>Female Prostitute</u> who your Law enforcement Officals will Not Allow Her to Endure this Harsh Mental Anguish. For the thousands that have not willnot And Do Not Desire to Commit A Sex Crime unlike the Prostitute you Impose Sentence of the Male. Familys Are torn Apart by Stat Laws And its Communist intent This Is dehabalitating

(7) And we Are denied Our Right to due Process of Law by being Forced to Register After the debt has been Paid through the legal Process when Registering wasn't Part of the Plea deAL. Sentence that was Ordered At that Time Violates federal Law And Alabama Rules to Criminal Proceedure And Not withstanding the Constitutional Right to be free from Cruel And Unusual Punishment

(8) Which is finding A way to Punish finished Sentenced In the form of SORNA Is Double Jeopary these Defendants Should have the Right to say they were coerced or were Lead to misunderstand the Situation The State Owes Relief

Pe 4

(1) The State of Alabama Discriminate Against Color And Exibits Racial Compatriotism In its Sentenceing

(2) Discrimination Is A Violation of the Civil Rights Act Alabama Violates Federal Laws And My Civil Rights By.

(3) A White Judge in A very Predominatly White County Cullman Alabama In June 2016 A white Coach An Athority Figure was Indicted on 2 Class B Felony's Sex Crimes Violation of 15-20-A-007 to wit 13A6-62 And 13A 6-82 Specifically Rape of An Opposite Sex under 17 And An Athority Figure Having Sex with School Student

(4) Spencer Jackson Byrd Pleads Guilty to 2nd degree Rape of A 10th Grader He Recieves A very Comfortable 10 year Sentence to Serve 6 months In Jail In One Church"] Cartesy Huntsville Times [And 3 months of Jail On weekends 5 years Probation

(5) An Athority Figure this is A Violation of My Civil Rights making State Law Racial And Discriminatory by this Action No Black Rapist would Get under 20 years In Any Alabama County, No Good time, No Parole Sex Crimes don't get Parole From Prison Class or B 85% of the Sentence Is done to Complete the Rape Sentence

(6) Mr Byrd the White Athority Figure Doesn't get to expierence what he is Supp- osed to by "Law" supposed to do you go to Jail For Rape In Alabama IF you're Black

(7) I Randall Otey Named Plaintiff Ablack Male Registered Sex offender No Repeat of A Sex Crime Plea Guilty Sex Abuse 2nd 2003, 13 years Ago End of Sentence 2008 5 years Served on 8 year Sentence A'C' Felony

p. 4A

(8) I recieved A 10 year Sentence for Violation of SORNA 4/4/14 Not Registering A Car Tag A C Felony And Another SORNA For Wrong Address got 1 Number wrong I Recieved 5 years to Run Concurrent with the 10 yr Sentence to Alabama Department of Corrections [From Madison Co. Alabama]

(9) The Judge And District Attorney Representing the State of Alabama gave A Confessed Rapist [Forcing someone to Submit to Sexual Intercourse] An Athority figure Less time than I got for A Car Tag A C Felony violation of An Act Not A Serious Crime Like Rape! Traumatizing A School Student

10) The Act States you Could Recieve A $250 fine or Up to 10 years In Prison the Gave me the Maxium for Car Tag I didnt Have A CAR?] Rape! And B Carries up to 99 years Mr. Byrd Gets weekend Jail

11) This is Discrimination And Favoritism In Sentencing by Alabama Justice System I'm to do my 10 year Sentence "In One Chunk" 40 months white Rapist Good Time And Probation UNEQUAL Justice In Sentencing Discriminating Against Black people &

? What will you do when The Number of Registered Homeless Sex Offenders Reach the Percentage of the Prostitutes (5) p.
70% ~~[crossed out]~~

(1) The State of Alabama And the Federal Government Violate the Human Rights And the Constitutional Rights of People that Are Sex Offenders

(2) the Registered Sex Offender has been [EXECUTED] from the Protection of the Constitution by being Labeled ("Predators") And Not human beings that Should Have the Right to be Free from Cruel And Unusual Punishment By the Federal Government And the State of Alabama

(3) Not having In Alabama Any State funding or Federal funding for Any of the type of Programs that you Provide for Any Other Criminal Convict (ex) such As Halfway Homes, Jobs, Housing Any type of Devices or Assistance, Giving in like manner too Others "Ex Cons" Not limited to Mental Health (Not Providing An Exit is discrimination

(4) The Sex Offender Automatically Is Placed In the State of Alabamas. dehabilitating Revolving door of the Criminal Justice System You Confine the Sex Offender too. It will cause Recidivism Also

(5) The Registered Sex Offender is A Prisoner In Society Alabama Law enforcement Subject the Sex Offenders to Profiling harassment by holding SORNA Violaters In Jail for Long Periods of time with Excessive bonds Feeding them Slop Cold food (Madison County Jail) Brainwashing them to Plead out Guilty

(6) Id, Addresses, Tags, work, Money, Mental Illness, etc. Every Stupid little thing which Are "C" Felonys And Are basically Nothing but devices of Punishment for sex Offenders Mostly All Are Homeless Any way.

(7) Sex Offenders Are Stereotyped As ["Child Molesters" "Baby Rapers"] there Are Approx 40 Categories of Sex Crimes You Should Not have Laws And People In Office that Condone Dehabilitation In Society you must Provide Some Constitutional way to help to defuse An Influx of homeless Sex Offenders you leave them No Choice but to Seek Not me but Them It is Discrimination by State And Government

## V. RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

$20,000 For Each Civil Rights Violation And Constitutional Violation

$20,000 Against Any Human Rights Violation

$20,000 Punitive damages

$20,000 Compensetory Damages

$20,000 In mental And Physical Damages (Anguish)

I ask for True Relief my Rights Are violated Beyound Prison I Lost my Job Because of These Laws And Have Been Harrased

Additional Relief Request In Back

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9 / 25 / 2016.

Randall Benjamin Otey
SIGNATURE

ADDRESS

Alabama,

AIS # 232617

5

## Additional Relief Demands

(1) I Pray that this United States Court And Alabama Take My Name off the National Sex Offender Registery 13 years of No Repeat offense NOR Desire too, Thankyou

(2) Grant Me My 8 years Lost Wages Home, Job, Auto, And Monitary Compensation for The Obivious Discriminations, favoritism, And My Several Constitutional Rights

(3) Other Page Is for the Court to decide Lost of work Needs to be done Those Are Up For debate by Law Makers I just want to be Able to Close my eyes At Night To Sleep. I've developed mental Disorders from this Ordeal

Respectfully Submitted
Randall B. Otey



## Additional Relief Demands

(1) ~~Have my name removed from the Sex Offender Registry~~

1 A  Build more women Prisons 70% of women Arrested Are Sex Offenders

(2) Make women Prostitutes have to Register And Promote Equality In Sentencing Black And White male And Female

(3) Give Sex Offenders the right to Have His Name Removed form Registery or Esponged.

(4) State Laws Changed that Descriminate Against or Violate Any Rights of the Sex Offender And make Them Known

(5) Abolish Any Unnecessary SORNA Violations @ Make Existing Rules Misdemeanors To keep working Offenders from losing Thier JOBS

(6) Create Federal And State Programs the Same As the Other State ExConvicts Have Halfway houses, Jobs, ETC. Any Rehabilitative devices Exibited to Others

(7) Laws Changed that don't Violate the Human Rights of the Registered And Sex Offenders And Penalties Against those that do, Stereotype Profile And Lable a Human As A Predator

(8) Give Offenders with Old Sentences that the State lied To there Proper Due Process, 10 yrs + clean SEX Offense Record  No NEW SEX Crimes Committed Should Not Register

(9) And Ratify Any Other Violations that Cause A State or Any Entities that descriminate in Any form or fashion Hidden In State Laws

Randall B. Ory